11 So.2d 174

**J. M. RHODES v. STATE.**

**8 Div. 301.**

Court of Appeals of Alabama.
Oct. 27, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

5 So.2d 852

**Gernice RHOME v. STATE.**

**8 Div. 198.**

Court of Appeals of Alabama.
Nov. 18, 1941.
Rehearing Denied Dec. 2, 1941.

H. H. Hamilton, of Russellville, for appellant.
Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

5 So.2d 852

**Walter RIVERS v. STATE.**

**4 Div. 685.**

Court of Appeals of Alabama.
Nov. 25, 1941.

A. L. Patterson, of Phenix City, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

8 So.2d 906

**Mattie ROBERSON, alias Robertson v. STATE.**

**8 Div. 215.**

Court of Appeals of Alabama.
May 26, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

1 So.2d 926

**Red. ROBERTSON v. STATE.**

**8 Div. 108.**

Court of Appeals of Alabama.
Feb. 18, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

5 So.2d 853

**Will ROBERTSON v. STATE.**

**4 Div. 699.**

Court of Appeals of Alabama.
Jan. 20, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.